NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIAM A. CLARK, JAMES P. DAVERN, ROBERT E. FREEBURG, WILLIE R. JOHNSON, ROBERT A. MUSTIN, CAROL RISSER, JOHN DOES 1-4, AND JANE DOES 2-3, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5003

---

Appeal from the United States Court of Federal Claims in 00-CV-644, Judge Nancy B. Firestone.

---

## ON MOTION

---

## ORDER

Upon consideration of William A. Clark, et al.'s unopposed motion to reform the official caption and the United States' unopposed motion for an extension of time, until February 21, 2011, to file its brief,

IT IS ORDERED THAT:

The motions are granted.  The revised official caption is reflected above.

FOR THE COURT

___JAN 2 7 2011___          /s/ Jan Horbaly___
Date                        Jan Horbaly
                            Clerk

cc:  Jerrold J. Ganzfried, Esq.
     Douglas K. Mickle, Esq.

s8

**FILED**
**U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT**

JAN 2 7 2011

JAN HORBALY
CLERK